# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 08-00042-PHX-PGR |
| Plaintiff, | |
| v. | GARNISHMENT DISPOSITION ORDER |
| Anthony Manuel | |
| Defendant. | |
| Gila River Indian Community | |
| Garnishee. | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, Garnishee filed an Answer on May 9, 2013, stating that at the time of the service of the Writ it had in its possession non-exempt property belonging to and due Defendant, and that Garnishee was indebted to Defendant.

On April 26, 2013, Defendant was notified of his right to a hearing and requested a hearing. The Report and Recommendation of this Court indicated that a hearing be denied because Defendant failed to request a hearing to <u>determine exempt property or to object to the answer</u>.  Defendant failed to file any objections to the Report and Recommendation.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 29) is accepted and adopted by the Court.

1    IT IS FURTHER ORDERED that Garnishee pay the non-exempt per capita
2 funds to Plaintiff.  Checks should be made payable to **Clerk of the Court**, and mailed
3 to Clerk's Office, U.S. District Court, Sandra Day O' Connor Courthouse, 401 W.
4 Washington Street, Attention: Finance Division, Suite 130, SPC-1, Phoenix, Arizona
5 85003-2118.

6    Dated this 7th day of October, 2013.

7

8

9

10 Paul G. Rosenblatt
   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28